# Court of Appeals
# of the State of Georgia

ATLANTA,  May 24, 2021

*The Court of Appeals hereby passes the following order:*

**A21D0313. CHARLES HARTMAN v. FLOYD COUNTY SHERIFF.**

On February 18, 2021, the trial court entered an order denying a motion seeking injunctive relief which had been filed by prison inmate Charles Hartman. Hartman filed this application for discretionary review on March 29, 2021.[1] We lack jurisdiction because the application is untimely.

To be timely, an application must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). As Hartman filed this application 39 days after entry of the order at issue, the application is untimely and subject to dismissal. See *Crosson v. Conway*, 291 Ga. 220, 220 (1) (728 SE2d 617) (2012); see also *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989) ("The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an appeal not made in compliance therewith."). Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/24/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*
, *Clerk.*

---

[1] Hartman filed his application in the Georgia Supreme Court, which transferred it here.